Order issued May 26, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00728-CR
_____

### AMBROCIO CANO REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **GRANT** the March 28, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ambrocio Cano Reyes, TDCJ No. 1859599, Tulia Transfer Facility, 4000 Highway 86 West, Tulia, Texas, 79088.

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE